UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> GENE BOUMA, ET AL.; <br><br> Defendants. | No. CV 2:17-1771-JLR <br><br> [PROPOSED] ORDER ALLOWING PLAINTIFFS PAT DOE 1-5 TO PROCEED ANONYMOUSLY |

This matter came on before the Court on Plaintiffs Pat Doe 1 through 5's unopposed motion for leave to proceed under pseudonyms. The Court, having reviewed the motion, the defendants' response, the plaintiffs' reply, and all supporting materials thereto, hereby FINDS and ORDERS:

1. Plaintiff's motion is GRANTED;

2. The court has evaluated all of the factors that the Ninth Circuit counsels the court to assess when reviewing a request to proceed pseudonymously. *See Does I thru XXIII*, 214 F.3d at 1068.

3. All of the relevant factors weigh in favor of granting Doe Plaintiffs' motion given the risk of harm and retaliation to the residents ~~by Defendant Bouma and his agents~~ if the identities of the plaintiffs are known. Further, the plaintiffs' specific factual situation are

ORDER ON MOTION TO PROCEED ANONYMOUSLY - 1 OF 2
NO.

Northwest Justice Project
1814 Cornwall Ave.
Bellingham, Washington 98225
Phone: (360) 734-8680  Fax: (360) 734-0121

less important at this stage of the litigation because the plaintiffs' claims mostly concern whether the Defendants' actions are in violation of federal law, not any factual issues specific to any individual plaintiff.

DATED this 8th day of Jan., 2018.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

**NORTHWEST JUSTICE PROJECT**

/s/ Kelly Owen
Kelly Owen, WSBA#16599
Josefina Cerrillo-Ramirez WSBA# #31134
Charles Silverman WSBA# #8654
Scott Crain WSBA# 37224

Attorneys for Plaintiffs

**NATIONAL HOUSING LAW PROJECT**

/s/Gideon Anders
Gideon Anders, California Bar #86872
ganders@nhlp.org
Jessica Cassella, California Bar #306875
jcassella@nhlp.org
*Pro Hac Vice Application Pending*
703 Market Street, Suite 2000
San Francisco, CA 94103
415-546-7000 ext. 3103

ORDER ON MOTION TO PROCEED ANONYMOUSLY - 2 OF 2
NO.

Northwest Justice Project
1814 Cornwall Ave.
Bellingham, Washington 98225
Phone: (360) 734-8680  Fax: (360) 734-0121