The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, an unincorporated association; et al.<br><br>                     Plaintiffs,<br><br>    v.<br><br>GENE BOUMA, et al.<br>                     Defendants. | CASE NO. 2:17-cv-01771-JLR<br><br>[~~Proposed~~] Order Granting United States' Agreed Motion to Extend Deadline for Federal Defendants to Answer the Complaint |

The United States, on behalf of Defendants Sonny Perdue, Secretary of the U.S. Department of Agriculture (USDA); Roger Glendenning, Acting Deputy Undersecretary for Rural Development, USDA; Rich Davis, Acting Administrator of the Rural Housing Service, USDA; and Kirk Pearson, USDA Rural Development State Director for Washington State, (together, the Federal Defendants), moved under Local Civil Rule 7(j) to extend through March 23, 2018, the deadline by which the Federal Defendants must Answer the Complaint. Dkt. no. 41. All parties consent to the requested extension.

[Proposed] Order Granting Agreed
Motion to Extend Deadline for Federal
Defendants to Answer the Complaint
Case No. 2:17-cv-01771-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on the consent of all parties and other reasons stated in the United States' Motion that support good cause, the Motion is granted and the Federal Defendants' Answer to the Complaint is now due March 23, 2018.

It is so ordered.

Dated: January 19, 2018.

Hon. James L. Robart
United States District Court

Presented by:

s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA # 34609
Assistant United States Attorney

[Proposed] Order Granting Agreed
Motion to Extend Deadline for Federal
Defendants to Answer the Complaint
Case No. 2:17-cv-01771-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970