THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GENE BOUMA, ET AL.,<br><br>　　　　　　　　　　Defendants. | No.  2:17-cv-01771-JLR<br><br>[PROPOSED] ORDER GRANTING LEAVE TO AMEND PLAINTIFFS' COMPLAINT<br><br>NOTED FOR CONSIDERATION:<br>April 27, 2018 |

Plaintiffs move the Court for an Order authorizing amendment of their complaint. The Defendants in this action stipulate to Plaintiffs amending their complaint. Having reviewed the motion, and based upon the agreement of parties, the Court ORDERS

1. Plaintiffs' motion for leave to amend their complaint is GRANTED;
2. Plaintiffs shall file their First Amended Complaint after the filing of this Order.

DATED: this 27th day of April, 2018

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING LEAVE TO AMEND PLAINTIFFS'
COMPLAINT – 1 OF 3
(NO. 2:17-CV-01771-JLR)

Northwest Justice Project
1814 Cornwall
Bellingham, WA 98225
Tel. (360) 734-8680 Fax (360)734-0121

Presented by:

| NORTHWEST JUSTICE PROJECT | NATIONAL HOUSING LAW PROJECT |
|---|---|
| /s/Kelly Owen<br>Kelly Owen, WSBA #16599<br>kellyo@nwjustice.org<br>Josefina Ramirez WSBA #31134<br>josefinar@nwjustice.org<br>Charles Silverman WSBA #8654<br>charless@nwjustice.org<br>Scott Crain WSBA # 37224<br>scottc@nwjustice.org<br>*Attorneys for Plaintiffs* | /s/Gideon Anders<br>Gideon Anders, California Bar #86872<br>ganders@nhlp.org<br>Jessica Cassella, California Bar #306875<br>jcassella@nhlp.org<br>*Pro Hac Vice*<br>703 Market Street, Suite 2000<br>San Francisco, CA 94103<br>415-546-7000 ext. 3103<br>*Attorneys for Plaintiffs* |
| /s/Scott R. Weaver<br>Scott R. Weaver, WSBA#29267<br>weaver@carneylaw.com<br><br>*Attorney for Defendants Gene Bouma, Washington Plaza Limited Partnership, Bayview Plaza Limited Partnership, Diamond Management LLC* | /s/Kyle A. Forsyth<br>Kyle A. Forsyth, WSBA #34609<br>kyle.forsyth@usdoj.gov<br><br>*Attorney for Defendants Sonny Perdue, Secretary of the United States Department of Agriculture (USDA); Roger Glendenning, Acting Deputy Undersecretary of USDA Rural Development; Rich Davis, Acting Administrator of the USDA Rural Housing Service; and Kirk Pearson, USDA, Rural Development State Director for Washington State* |

ORDER GRANTING LEAVE TO AMEND PLAINTIFFS'
COMPLAINT – 2 OF 3
(NO. 2:17-CV-01771-JLR)

**Northwest Justice Project**
1814 Cornwall
Bellingham, WA 98225
Tel. (360) 734-8680 Fax (360)734-0121

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kyle A. Forsyth   ecf-civ.usawaw@usdoj.gov, amy.hanson@usdoj.gov, caseview.ecf@usdoj.gov, kyle.forsyth@usdoj.gov, caitlin.froelich@usdoj.gov, britta.olsen@usdoj.gov, julia.lewis@usdoj.gov, mandy.wong@usdoj.gov

Scott Crain   scottc@nwjustice.org, rachel.wyss@nwjustice.org

Josefina Cerrillo-Ramirez   josefinar@nwjustice.org

Scott Roberts Weaver   weaver@carneylaw.com, fuhrmann@carneylaw.com

Charles Zachery Silverman   charless@nwjustice.org

Jessica Lyndsey-Anne Cassella   jcassella@nhlp.org

Kelly Ann Owen   mariluv@nwjustice.org, kellyo@nwjustice.org, janettek@nwjustice.org

Gideon Anders   ganders@nhlp.org

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

   None

DATED this 27th day of April, 2018.

/s/Janette Kok  
Janette Kok  
Legal Assistant to Kelly Owen and Josefina Cerrillo-Ramirez

ORDER GRANTING LEAVE TO AMEND PLAINTIFFS' COMPLAINT – 3 OF 3  
(NO. 2:17-CV-01771-JLR)

**Northwest Justice Project**  
1814 Cornwall  
Bellingham, WA 98225  
Tel. (360) 734-8680 Fax (360)734-0121