The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, an unincorporated association; et al.<br><br>                      Plaintiffs,<br><br>v.<br><br>GENE BOUMA, et al.<br>                      Defendants. | CASE NO. 2:17-cv-01771-JLR<br><br>[Proposed] Order Granting United States' Agreed Motion to Extend Deadline for Federal Defendants to Answer the Amended Complaint |

The United States, on behalf of Defendants Sonny Perdue, Secretary of the U.S. Department of Agriculture (USDA); Roger Glendenning, Acting Deputy Undersecretary for Rural Development, USDA; Joel Baxley, Administrator of the Rural Housing Service, USDA; and Kirk Pearson, USDA Rural Development State Director for Washington State, (together, the Federal Defendants), moved under Local Civil Rule 7(j) to extend through June 18, 2018, the deadline by which the Federal Defendants must Answer the Amended Complaint. Plaintiffs, through their counsel Kelly Owen, consent to the requested extension.

[Proposed] Order Granting Agreed
Motion to Extend Deadline for Federal
Defendants to Answer the Amended Complaint
Case No. 2:17-cv-01771-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on the Plaintiffs' consent and other reasons stated in the United States' Motion that support good cause, the Motion (Dkt. # 54) is granted and the Federal Defendants' Answer to the Amended Complaint is now due June 18, 2018.

It is so ordered.

Dated: May 13th, 2018.

_____
Hon. James L. Robart
United States District Judge

Presented by:

s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA # 34609
Assistant United States Attorney

[Proposed] Order Granting Agreed
Motion to Extend Deadline for Federal
Defendants to Answer the Amended Complaint
Case No. 2:17-cv-01771-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970