Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GENE BOUMA, ET AL., <br><br> Defendants. | NO. 2:17-cv-01771-JLR <br><br> ORDER GRANTING STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTEND DEADLINE FOR ALL DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT ~~(PROPOSED)~~ <br><br> **Note on Motion Calendar for: June 7, 2018** <br><br> *[Clerk's Action Required]* |

THIS MATTER having come before this Court upon the stipulated motion of the parties, and having reviewed the stipulated motion, it is hereby:

ORDERED that

1. Plaintiffs' Motion for Preliminary Injunction is re-noted to be heard on July 20, 2018.

2. The agreed Temporary Restraining Order entered by this court on Nov 30, 2017 shall remain in place until further order of the Court.

3. The briefing schedule for the Motion for Preliminary Injunction shall be as follows:

ORDER GRANTING STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTEND DEADLINE FOR ALL DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT (PROPOSED)1
(2:17-cv-01771-JLR)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

BOU017-0001 5391599

    a. Defendants' Response to Plaintiffs' Motion for Preliminary Injunction is due July 16, 2018.

    b. Plaintiffs' Reply to Defendants' Response is due July 20, 2018.

4. The deadline for all defendants to answer the First Amended Complaint is July 20, 2018.

Dated this 11 day of June 2018.

Hon. James L. Robart
United States District Court

Presented by:

| NORTHWEST JUSTICE PROJECT | NATIONAL HOUSING LAW PROJECT |
|---|---|
| s/ Kelly Owen<br>Kelly Owen, WSBA #16599<br>kellyo@nwjustice.org<br>Josefina Ramirez WSBA #31134<br>josefinar@nwjustice.org<br>Charles Silverman WSBA #8654<br>charless@nwjustice.org<br>Scott Crain WSBA # 37224<br>scottc@nwjustice.org<br><br>*Attorneys for Plaintiffs* | s/Gideon Anders<br>Gideon Anders, California Bar #86872<br>ganders@nhlp.org<br>Jessica Cassella, California Bar #306875<br>jcassella@nhlp.org<br>*Pro Hac Vice*<br>703 Market Street, Suite 2000<br>San Francisco, CA 94103<br>415-546-7000 ext. 3103<br>*Attorneys for Plaintiffs* |
| s/Scott R. Weaver<br>Scott R. Weaver, WSBA#29267<br>weaver@carneylaw.com<br><br>*Attorney for Defendants Gene Bouma, Washington Plaza Limited Partnership, Bayview Plaza Limited Partnership, Diamond Management LLC* | s/Kyle A. Forsyth<br>Kyle A. Forsyth, WSBA #34609<br>kyle.forsyth@usdoj.gov<br><br>*Attorney for Defendants Sonny Perdue, Secretary of the United States Department of Agriculture (USDA); Roger Glendenning, Acting Deputy Undersecretary of USDA* |

ORDER GRANTING STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTEND DEADLINE FOR ALL DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT (PROPOSED)2
(2:17-cv-01771-JLR)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

BOU017-0001 5391599

| | |
|---|---|
| | *Rural Development; Rich Davis, Acting Administrator of the USDA Rural Housing Service; and Kirk Pearson, USDA, Rural Development State Director for Washington State* |

ORDER GRANTING STIPULATED MOTION TO RE-NOTE
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND
EXTEND DEADLINE FOR ALL DEFENDANTS TO ANSWER
FIRST AMENDED COMPLAINT (PROPOSED)3
(2:17-cv-01771-JLR)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

BOU017-0001 5391599