Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GENE BOUMA, ET AL., <br><br> Defendants. | NO. 2:17-cv-01771-JLR <br><br> ORDER GRANTING STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTEND DEADLINE FOR ALL DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT (PROPOSED) <br><br> **Note on Motion Calendar for:** <br> **July 16, 2018** <br><br> [*Clerk's Action Required*] |

THIS MATTER having come before this Court upon the stipulated motion of the parties, and having reviewed the stipulated motion, it is hereby:

ORDERED that

1. Plaintiffs' Motion for Preliminary Injunction is re-noted to be heard on August 31, 2018.

2. The agreed Temporary Restraining Order entered by this court on Nov 30, 2017 shall remain in place until further order of the Court.

ORDER GRANTING STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTEND DEADLINE FOR ALL DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT (PROPOSED)1
(2:17-cv-01771-JLR)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

BOU017-0001 Order Granting Stip Mot to Re-Note PI Mot and Extend Answer

3. The briefing schedule for the Motion for Preliminary Injunction shall be as follows:

   a. Defendants' Response to Plaintiffs' Motion for Preliminary Injunction is due August 27, 2018.

   b. Plaintiffs' Reply to Defendants' Response is due August 31, 2018.

4. The deadline for all defendants to answer the First Amended Complaint is August 31, 2018.

Dated this 17th day of July 2018.

*[signature]*

Hon. James L. Robart
United States District Court

Presented by:

| NORTHWEST JUSTICE PROJECT | NATIONAL HOUSING LAW PROJECT |
|---|---|
| s/ Kelly Owen<br>Kelly Owen, WSBA #16599<br>kellyo@nwjustice.org<br>Josefina Ramirez WSBA #31134<br>josefinar@nwjustice.org<br>Charles Silverman WSBA #8654<br>charless@nwjustice.org<br>Scott Crain WSBA # 37224<br>scottc@nwjustice.org<br><br>*Attorneys for Plaintiffs* | s/Gideon Anders<br>Gideon Anders, California Bar #86872<br>ganders@nhlp.org<br>Jessica Cassella, California Bar #306875<br>jcassella@nhlp.org<br>*Pro Hac Vice*<br>703 Market Street, Suite 2000<br>San Francisco, CA 94103<br>415-546-7000 ext. 3103<br>*Attorneys for Plaintiffs* |
| s/Scott R. Weaver<br>Scott R. Weaver, WSBA#29267<br>weaver@carneylaw.com<br><br>*Attorney for Defendants Gene Bouma, Washington Plaza Limited Partnership,* | s/Kyle A. Forsyth<br>Kyle A. Forsyth, WSBA #34609<br>kyle.forsyth@usdoj.gov<br><br>*Attorney for Defendants Sonny Perdue,* |

ORDER GRANTING STIPULATED MOTION TO RE-NOTE
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND
EXTEND DEADLINE FOR ALL DEFENDANTS TO ANSWER
FIRST AMENDED COMPLAINT (PROPOSED)2
(2:17-cv-01771-JLR)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

BOU017-0001 Order Granting Stip Mot to Re-Note PI Mot and Extend Answer

| | |
|---|---|
| *Bayview Plaza Limited Partnership, Diamond Management LLC* | *Secretary of the United States Department of Agriculture (USDA); Roger Glendenning, Acting Deputy Undersecretary of USDA Rural Development; Rich Davis, Acting Administrator of the USDA Rural Housing Service; and Kirk Pearson, USDA, Rural Development State Director for Washington State* |

ORDER GRANTING STIPULATED MOTION TO RE-NOTE
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND
EXTEND DEADLINE FOR ALL DEFENDANTS TO ANSWER
FIRST AMENDED COMPLAINT (PROPOSED)3
(2:17-cv-01771-JLR)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

BOU017-0001 Order Granting Stip Mot to Re-Note PI Mot and Extend Answer