UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>GENE BOUMA, ET AL.,<br><br>Defendants. | Case No. 2:17-cv-01771-JLR  2:17<br><br>(~~PROPOSED~~) ORDER ON STIPULATED MOTION FOR RELIEF FROM DEADLINES -- STAY OF ACTION AND CASE SCHEDULING DEADLINES<br><br><u>Noted for Consideration:</u><br>September 11, 2018 |



This matter having come before the Court on the parties' Stipulated Motion for Relief from Deadlines and having been fully heard and duly considered, it is hereby ORDERED that

This action and all deadlines therein will be stayed until Jan 9, 2019. If the parties have not filed a stipulated motion to dismiss the case or other dispositive agreed orders in the case by January 9, 2019, the Court will enter an amended scheduling order resetting stayed deadlines and reinstate the case. Any party may file a motion to lift the stay if they believe negotiations are not likely to result in settlement.

The Temporary Restraining Order previously entered in this case shall remain in place pending further order of the court.

(PROPOSED) ORDER ON STIPULATED MOTION FOR
RELIEF FROM A DEADLINE—STAY OF ACTION AND
CASE SCHEDULING DEADLINES - 1 OF 2
(2:17-CV-01771-JLR)

Northwest Justice Project
1814 Cornwall Ave.
Bellingham, Washington 98225
Phone: (360) 734-8680 Fax: (360) 734-0121

DATED this 12 day of September, 2018

*signature*

Hon. James L. Robart
UNITED STATES DISTRICT COURT

Presented by:

| NORTHWEST JUSTICE PROJECT | NATIONAL HOUSING LAW PROJECT |
|---|---|
| s/ Kelly Owen<br>Kelly Owen, WSBA #16599<br>kellyo@nwjustice.org<br>Josefina Ramirez WSBA #31134<br>josefinar@nwjustice.org<br>Charles Silverman WSBA #8654<br>charless@nwjustice.org<br>Scott Crain WSBA # 37224<br>scottc@nwjustice.org<br>*Attorneys for Plaintiffs* | s/Gideon Anders<br>Gideon Anders, California Bar #86872<br>ganders@nhlp.org<br>703 Market Street, Suite 2000<br>San Francisco, CA 94103<br>415-546-7000 ext. 3103<br>*Attorney for Plaintiffs* |
| s/Scott R. Weaver<br>Scott R. Weaver, WSBA#29267<br>weaver@carneylaw.com<br><br>*Attorney for Defendants Gene Bouma, Washington Plaza Limited Partnership, Bayview Plaza Limited Partnership, Diamond Management LLC* | s/Kyle A. Forsyth<br>Kyle A. Forsyth, WSBA #34609<br>kyle.forsyth@usdoj.gov<br><br>*Attorney for Defendants Sonny Perdue, Secretary of the United States Department of Agriculture (USDA); Roger Glendenning, Acting Deputy Undersecretary of USDA Rural Development; Rich Davis, Acting Administrator of the USDA Rural Housing Service; and Kirk Pearson, USDA, Rural Development State Director for Washington State* |

(PROPOSED) ORDER ON STIPULATED MOTION FOR
RELIEF FROM A DEADLINE—STAY OF ACTION AND
CASE SCHEDULING DEADLINES - 2 OF 2
(2:17-CV-01771-JLR)

Northwest Justice Project
1814 Cornwall Ave.
Bellingham, Washington 98225
Phone: (360) 734-8680 Fax: (360) 734-0121