The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BAYVIEW PLAZA TENANTS ASSOC., et. al., <br> Plaintiffs, <br> v. <br> GENE BOUMA, et. al., <br> Defendants. | No. C-17-1771-JLR <br><br> [PROPOSED] ORDER |
|---|---|

The United States of America has filed a Motion to Extend Stay of Proceedings, in which the United States seeks an extension of the stay of proceedings entered in this case commensurate with the duration of the lapse in appropriations for the United States Department of Justice.

//

//

[PROPOSED] ORDER - 1
(C17-1771-JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

The Court, having reviewed the pleadings and materials in this case, hereby ORDERS that:

All pending deadlines for the above-captioned case are hereby STAYED and all current deadlines are hereby EXTENDED commensurate with the duration of the lapse in appropriations. The Government is responsible for notifying the Court once appropriations have been received.

DATED this 2nd day of January, 2019.

JAMES L. ROBART
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kyle.forsyth@usdoj.gov

[PROPOSED] ORDER - 2
(C17-1771-JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970