UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BAYVIEW PLAZA TENANTS ASSOCIATION, et al., | CASE NO. C17-1771JLR |
|---|---|
| Plaintiffs, | ORDER EXTENDING THE STAY OF PROCEEDINGS UNTIL FEBRUARY 13, 2019 |
| v. | |
| GENE BOUMA, et al., | |
| Defendants. | |

On September 12, 2018, the court entered an order staying this action until January 9, 2019. (9/12/18 Order (Dkt. # 65).) At the end of the day on December 21, 2018, the appropriations act that had been funding the United States Department of Justice ("DOJ") lapsed. (*See* Mot. (Dkt. # 66) at 1.) On January 2, 2019, the court entered an order extending the stay for a period "commensurate with the duration of the lapse in appropriations for [DOJ]." (1/2/19 Order (Dkt. # 67) at 1.) On the evening of January 25, 2019, President Donald Trump signed into law House Joint Resolution 28,

ORDER - 1

the "Further Additional Continuing Appropriations Act, 2019," which provides appropriations for DOJ through February 15, 2019. (*See* Not. (Dkt. # 68) at 1.) Thus, DOJ's lapse in appropriations lasted 35 days. (*See id.* at 2.) Accordingly, the court extends the stay that was previously set to expire on January 6, 2019, until February 13, 2019, which is a 35-day period "commensurate with the duration of the lapse in appropriations." (*See* 1/2/19 Order at 1.)

Dated this 31st day of January, 2019.

JAMES L. ROBART
United States District Judge