The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL., | Case No. 2:17-cv-01771-JLR  2:17 |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER ON STIPULATED MOTION FOR RELIEF FROM A DEADLINE—STAY OF ACTION AND CASE SCHEDULING DEADLINES |
| v. | |
| GENE BOUMA, ET AL., | |
| Defendants. | |
| | Noted for Consideration: March 11, 2019 |

This matter having come before the Court on the parties' Stipulated Motion for Relief from a Deadline and having been fully heard and duly considered, it is hereby ORDERED that

This action and all deadlines therein are stayed. The parties shall submit a joint status report by April 25, 2019, to update the Court on the parties' progress. Any party may move to lift the stay if they believe that negotiation is no longer likely to result in settlement.

The Temporary Restraining Order previously entered in this case shall remain in place pending further order of the court.

DATED this 11th day of March, 2019.

JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER ON STIPULATED MOTION FOR RELIEF FROM A DEADLINE—STAY OF ACTION AND CASE SCHEDULING DEADLINES
- 1 OF 1
(2:17-CV-01771-JLR)

Northwest Justice Project
1814 Cornwall Ave.
Bellingham, Washington 98225
Phone: (360) 734-8680 Fax: (360) 734-0121