The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, an unincorporated association; et al.<br><br>              Plaintiffs,<br><br>       v.<br><br>GENE BOUMA, et al.<br><br>              Defendants. | CASE NO. 2:17-cv-01771-JLR<br><br>[~~Proposed~~] Order Extending Stay |

This matter came before the Court on the parties' Joint Status Report and Stipulated Motion to Extend Stay. Dkt. no. 75. Having considered the parties' Stipulated Motion, it is hereby ORDERED that:

The stay of this action and all deadlines herein remains in place. The parties shall submit a joint status report by May 30, 2019, to update the Court on their progress towards resolving this case. Any party may move to lift the stay if that party believes that negotiation is no longer likely to result in settlement.

//

//

[Proposed] Order Extending Stay
Case No. 2:17-cv-01771-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Temporary Restraining Order, [dkt. no. 27], shall remain in place pending further order of this Court.

DATED this 26th day of April, 2019.

_____
Hon. James L. Robart
United States District Court Judge

Jointly presented by:

s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609

s/ Kelly Owen
Kelly Owen, WSBA #16599

s/ Scott R. Weaver
Scott R. Weaver, WSBA #29267

[Proposed] Order Extending Stay
Case No. 2:17-cv-01771-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970