The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GENE BOUMA, ET AL., <br><br> Defendants. | Case No. 2:17-cv-01771-JLR <br><br> [PROPOSED] ORDER EXTENDING STAY <br><br> Noted for Consideration: <br> May 30, 2019 |

This matter having come before the Court on the parties' Stipulated Motion for Relief from a Deadline (Dkt. #78) and having been fully heard and duly considered, it is hereby ORDERED that:

This action and all deadlines therein are stayed. The parties shall submit a joint status report by July 10, 2019, to update the Court on the parties' progress. Any party may move to lift the stay if they believe that negotiation is no longer likely to result in settlement.

The Temporary Restraining Order previously entered in this case shall remain in place pending further order of the court.

DATED this 30th day of May, 2019.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER ON STIPULATED MOTION FOR RELIEF FROM A DEADLINE—STAY OF ACTION AND CASE SCHEDULING DEADLINES
- 1 OF 1
(2:17-CV-01771-JLR)

Northwest Justice Project
1814 Cornwall Ave.
Bellingham, Washington 98225
Phone: (360) 734-8680 Fax: (360) 734-0121