The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>GENE BOUMA, ET AL.,<br><br>Defendants. | Case No. 2:17-cv-01771-JLR<br><br>[PROPOSED] ORDER EXTENDING STAY<br><br>Noted for Consideration:<br>July 9, 2019 |

This matter having come before the Court on the parties' Stipulated Motion for Relief from a Deadline and having been fully heard and duly considered, it is hereby ORDERED that:

This action and all deadlines therein are stayed. The parties shall submit a joint status report by August 21, 2019, to update the Court on the parties' progress. Any party may move to lift the stay if they believe that negotiation is no longer likely to result in settlement.

DATED this 10th day of July, 2019.

JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER EXTENDING STAY- 1 OF 1
(2:17-CV-01771-JLR)

Northwest Justice Project
1814 Cornwall Ave.
Bellingham, Washington 98225
Phone: (360) 734-8680 Fax: (360) 734-0121