The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GENE BOUMA, ET AL., <br> Defendants. | No.  2:17-cv-01771-JLR <br><br> [~~PROPOSED~~] ORDER TO DISSOLVE TEMPORARY RESTRAINING ORDER <br><br> **Noted for Consideration on: July 12, 2019** <br> **No Oral Argument** |

This matter coming before the Court based upon the Stipulation and Motion to Dissolve the Temporary Restraining Order entered against private party Defendants Gene Bouma, Washington Plaza Limited Partnership, Bayview Plaza Limited Partnership, and Diamond Management ("Private Party Defendants") and the Court being fully advised, hereby grants the Motion and approves the Stipulation as follows:

*It is so Ordered*:

1. The Court approves the agreed Stipulation of the Plaintiffs and the Private Party Defendants;

2. The Temporary Restraining Order entered on November 30, 2017, is hereby dissolved.

Done this 15th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO DISSOLVE TEMPORARY RESTRAINING ORDER - PAGE **1** OF **2**
NO. 2:17-cv-01771-JLR

**Northwest Justice Project**
1814 Cornwall
Bellingham, WA 98225
Tel. (360) 734-8680  Fax (360) 734-0121

Presented by:

NORTHWEST JUSTICE PROJECT

/s/Kelly Owen
Kelly Owen, WSBA #16599
kellyo@nwjustice.org
Josefina Cerrillo-Ramirez WSBA #31134
josefinar@nwjustice.org
Charles Silverman WSBA #8654
charless@nwjustice.org
Scott Crain WSBA # 37224
scottc@nwjustice.org
*Attorneys for Plaintiffs*

Agreed to by:

CARNEY BADLEY SPELLMAN

/s/Carrie E. Blackwood
Carrie E. Blackwood, WSBA#50284
cblackwood@barronsmithlaw.com

For:

s/Scott R. Weaver
Scott R. Weaver, WSBA#29267
weaver@carneylaw.com
*Attorney for Defendants Gene Bouma,
Washington Plaza Limited Partnership,
Bayview Plaza Limited Partnership,
Diamond Management LLC*

[PROPOSED] ORDER TO DISSOLVE TEMPORARY RESTRAINING
ORDER - PAGE **2** OF **2**
NO. 2:17-cv-01771-JLR

**Northwest Justice Project**
1814 Cornwall
Bellingham, WA 98225
Tel. (360) 734-8680  Fax (360) 734-0121