The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL., <br><br> Plaintiffs, <br> v. <br><br> GENE BOUMA, ET AL., <br> Defendants. | No. 2:17-cv-01771-JLR <br><br> [PROPOSED] ORDER TO DISMISS WITH PREJUDICE AS TO DEFENDANTS GENE BOUMA, WASHINGTON PLAZA LIMITED PARTNERSHIP, BAYVIEW PLAZA LIMITED PARTNERSHIP, AND DIAMOND MANAGEMENT, INC. <br><br> **Noted for Consideration on: August 2, 2019** <br> **No Oral Argument** |

This matter coming before the Court based upon the Stipulation and Motion to Dismiss With Prejudice as to Defendants Gene Bouma, Washington Plaza Limited Partnership, Bayview Plaza Limited Partnership, and Diamond Management, Inc. ("Private Party Defendants"), and the Court being fully advised, hereby grants the Motion and approves the Stipulation as follows:

*It is so Ordered*:

1. The Court approves the agreed Stipulation of the Plaintiffs and the Private Party Defendants;

2. This matter is dismissed with prejudice as to the claims asserted by Plaintiffs against Defendants Gene Bouma, Washington Plaza Limited Partnership, Bayview Plaza Limited Partnership, and Diamond Management, Inc., in this matter;

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE AS TO
DEFENDANTS GENE BOUMA, WASHINGTON PLAZA LIMITED
PARTNERSHIP, BAYVIEW PLAZA LIMITED PARTNERSHIP, AND
DIAMOND MANAGEMENT, INC. - PAGE **1** OF **2**
NO. 2:17-cv-01771-JLR

**Northwest Justice Project**
1814 Cornwall
Bellingham, WA 98225
Tel. (360) 734-8680  Fax (360) 734-0121

3. No further attorney fees or costs shall be awarded as between Plaintiffs and Defendants Gene Bouma, Washington Plaza Limited Partnership, Bayview Plaza Limited Partnership, and Diamond Management, Inc.

Done this 5th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

NORTHWEST JUSTICE PROJECT

/s/Kelly Owen
Kelly Owen, WSBA #16599
kellyo@nwjustice.org
Josefina Cerrillo-Ramirez WSBA #31134
josefinar@nwjustice.org
Charles Silverman WSBA #8654
charless@nwjustice.org
Scott Crain WSBA # 37224
scottc@nwjustice.org
*Attorneys for Plaintiffs*

Agreed to by:

CARNEY BADLEY SPELLMAN

s/Scott R. Weaver
Scott R. Weaver, WSBA#29267
weaver@carneylaw.com
*Attorney for Defendants Gene Bouma,
Washington Plaza Limited Partnership,
Bayview Plaza Limited Partnership,
Diamond Management LLC*

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE AS TO
DEFENDANTS GENE BOUMA, WASHINGTON PLAZA LIMITED
PARTNERSHIP, BAYVIEW PLAZA LIMITED PARTNERSHIP, AND
DIAMOND MANAGEMENT, INC. - PAGE 2 OF 2
NO. 2:17-cv-01771-JLR

Northwest Justice Project
1814 Cornwall
Bellingham, WA 98225
Tel. (360) 734-8680   Fax (360) 734-0121