The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GENE BOUMA, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01771-JLR<br><br>[PROPOSED] ORDER EXTENDING STAY TO OCTOBER 15, 2019<br><br>Noted for Consideration:<br>August 21, 2019 |

This matter having come before the Court on the parties' Stipulated Motion for Relief from a Deadline and having been fully heard and duly considered, it is hereby ORDERED that:

This action and all deadlines therein are stayed until October 15, 2019. The parties shall submit a joint status report ("JSR") by October 2, 2019, to update the Court on the parties' progress. Any party may move to lift the stay if they believe that negotiation is no longer likely to result in settlement. As a part of the parties' October 2, 2019 JSR, they shall apprise the court when this matter will be ready for trial.

DATED this 21st day of August, 2019.

　　　　　　　　　　　　　　　　　　　　/s/ James L. Robart
　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER EXTENDING STAY- 1 OF 1
(2:17-CV-01771-JLR)

Northwest Justice Project
1814 Cornwall Ave.
Bellingham, Washington 98225
Phone: (360) 734-8680 Fax: (360) 734-0121