UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION,<br><br>                 Plaintiff,<br>    v.<br><br>GENE BOUMA,<br><br>                 Defendant. | CASE NO. C17-1771JLR<br><br>ORDER GRANTING MOTION TO WITHDRAW |

Before the court is Scott R. Weaver's motion for leave to withdraw as attorney for Defendants Gene Bouma, Washington Plaza Limited Partnership, Bayview Plaza Limited Partnership, and Diamond Management (collectively, "the Bouma Defendants"). (Mot. (Dkt. # 89).) On August 6, 2019, the court dismissed with prejudice Plaintiff Bayview Tenants Association's claims against the Bouma Defendants. (8/6/19 Order (Dkt. # 86).) No party filed an opposition to Mr. Weaver's motion to withdraw. (*See generally* Dkt.)

//

ORDER - 1

Accordingly, the court GRANTS Mr. Weaver's motion (Dkt. # 89) and DIRECTS the Clerk to remove Mr. Weaver from the service list.

Dated this 24th day of September, 2019.

JAMES L. ROBART
United States District Judge