The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BAYVIEW PLAZA TENANTS ASSOCIATION, an unincorporated association; et al.<br>　　　　　　　Plaintiffs,<br>v.<br>GENE BOUMA, et al.<br>　　　　　　　Defendants. | CASE NO. 2:17-cv-01771-JLR<br><br>[Proposed] Order Setting Case Schedule |

This matter came before the Court on the Plaintiffs' and Federal Government Defendants' Joint Status Report and Proposed Case Schedule. Dkt. no. 91. Finding the parties' proposed schedule appropriate for resolution of this case, the Court sets the following deadlines:

- Deadline to file motion to dismiss: **November 21, 2019** (Note on motion calendar for December 13, 2019);

- Deadline to file the administrative record: **November 21, 2019;**

- Deadline to file Plaintiffs' summary judgment motion: **February 7, 2020** (24-page limit);

[Proposed] Order Setting Case Schedule
Case No. 2:17-cv-01771-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Deadline to file Federal Government Defendants' combined summary judgment opposition and cross-motion: **March 6, 2020** (36-page limit);
- Deadline to file Plaintiffs' combined summary judgment opposition and reply: **April 3, 2020** (24-page limit);
- Deadline to file Federal Government Defendants' summary judgment reply: **April 24, 2020** (12-page limit).

The stay of this action shall expire on October 15, 2019.

IT IS SO ORDERED.

DATED this 7th day of October, 2019.

Hon. James L. Robart
United States District Court Judge

Jointly presented by:

*s/ Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609

*s/ Kelly Owen*
Kelly Owen, WSBA #16599

[Proposed] Order Setting Case Schedule
Case No. 2:17-cv-01771-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970